# *EXHIBIT "A"*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
----------------------------------------x
BORIS KHANIMOV,

                    Plaintiff,

       -against-

THE HOME DEPOT, INC. AND HOME DEPOT
U.S.A., INC.

                    Defendants.
----------------------------------------x

Index No.:
Date Filed:

Plaintiff designate
**KINGS** County as
the place of trial

**SUMMONS**

*The basis of venue*
is plaintiff's
residence:
84-18 Daniels Street
Brooklyn, New York

To the above named Defendants:

      **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to appear in this action by serving a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: October 25, 2019

Defendant's Addresses:

**THE HOME DEPOT, INC.**
550 Hamilton Avenue
Brooklyn, New York 11232
-and-
**C/O CORPORATION SERVICE
COMPANY**
80 State Street
Albany, New York 12207-2543

**HOME DEPOT U.S.A., INC.**
**C/O CORPORATION SERVICE COMPANY**
80 State Street
Albany, New York 12207-2543

ERIC H. GREEN, ESQ.
Attorney for Plaintiff

_____
By: ERIC H. GREEN
Post Office Address
295 Madison Avenue, 16th
New York, New York 10017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
----------------------------------------x
BORIS KHANIMOV,

                              Plaintiff,

- against -

THE HOME DEPOT, INC., AND HOME DEPOT
U.S.A., INC.

                              Defendants.
----------------------------------------x

Index No.:

**VERIFIED COMPLAINT**

Plaintiff, complaining of the defendants herein, by his attorney, ERIC H. GREEN, ESQ., respectfully sets forth and alleges as follows:

1. That at the time of the commencement of this action, plaintiff was a resident of Kings County, City and State of New York.

2. That at all times herein mentioned, defendant, **THE HOME DEPOT, INC.,** was a domestic corporation duly existing under and by virtue of the Laws of the State of New York.

3. That at all times herein mentioned defendant, **THE HOME DEPOT, INC.,** was an entity duly organized and existing under and by virtue of the laws of the State of New York.

4. That at all times herein mentioned, defendant, **THE HOME DEPOT, INC.,** owned property located at 550 Hamilton Avenue, Kings County, City and State of New York.

5. That at all times herein mentioned, defendant, **THE HOME DEPOT, INC.**, owned certain lands located at 550 Hamilton Avenue, Kings County, City and State of New York.

6. That at all times herein mentioned, defendant, **THE HOME DEPOT, INC.**, owned certain lands including a parking lot located at 550 Hamilton Avenue, Kings County, City and State of New York.

7. That at all times herein mentioned, defendant, **THE HOME DEPOT, INC.**, its agents, contractors and/or employees maintained certain lands located at 550 Hamilton Avenue, Kings County, City and State of New York.

8. That at all times herein mentioned, defendant, **THE HOME DEPOT, INC.**, its agents, contractors and/or employees maintained certain lands including a parking lot located at 550 Hamilton Avenue, Kings County, City and State of New York.

9. That at all times herein mentioned, defendant, **THE HOME DEPOT, INC.**, its agents, contractors and/or employees controlled certain lands located at 550 Hamilton Avenue, Kings County, City and State of New York.

10. That at all times herein mentioned, defendant, **THE HOME DEPOT, INC.**, its agents, contractors and/or employees controlled certain lands including a parking lot located at 550 Hamilton Avenue, Kings County, City and State of New York.

11. That at all times herein mentioned, defendant, **THE HOME DEPOT, INC.**, its agents, contractors and/or employees managed certain lands located at 550 Hamilton Avenue, Kings County, City and State of New York.

12. That at all times herein mentioned, defendant, **THE HOME DEPOT, INC.**, its agents, contractors and/or employees managed certain lands including a parking lot located at 550 Hamilton Avenue, Kings County, City and State of New York.

13. That at all times herein mentioned, defendant, **THE HOME DEPOT, INC.**, its agents, contractors and/or employees made repairs located at 550 Hamilton Avenue, Kings County, City and State of New York.

14. That at all times herein mentioned, defendant, **THE HOME DEPOT, INC.**, its agents, contractors and/or employees made repairs to certain lands including a parking lot located at 550 Hamilton Avenue, Kings County, City and State of New York.

15. That at all times herein mentioned, defendant, **THE HOME DEPOT, INC.**, its agents, contractors and/or employees constructed a certain post or delineator at or near the exterior entrance/exit to The Home Depot store located at 550 Hamilton Avenue, Kings County, City and State of New York.

16. That at all times herein mentioned, defendant, **HOME DEPOT U.S.A., INC.,** was a domestic corporation duly existing under and by virtue of the Laws of the State of New York.

17. That at all times herein mentioned defendant, **HOME DEPOT U.S.A., INC.,** was an entity duly organized and existing under and by virtue of the laws of the State of New York.

18. That at all times herein mentioned, defendant, **HOME DEPOT U.S.A., INC.,** owned property located at 550 Hamilton Avenue, Kings County, City and State of New York.

19. That at all times herein mentioned, defendant, **HOME DEPOT U.S.A., INC.,** owned certain lands including a parking lot located at 550 Hamilton Avenue, Kings County, City and State of New York.

20. That at all times herein mentioned, defendant, **HOME DEPOT U.S.A., INC.,** its agents, contractors and/or employees maintained certain lands located at 550 Hamilton Avenue, Kings County, City and State of New York.

21. That at all times herein mentioned, defendant, **HOME DEPOT U.S.A., INC.,** its agents, contractors and/or employees maintained certain lands including a parking lot located at 550 Hamilton Avenue, Kings County, City and State of New York.

22. That at all times herein mentioned, defendant, **HOME DEPOT U.S.A., INC.,** its agents, contractors and/or employees controlled certain lands located at 550 Hamilton Avenue, Kings County, City and State of New York.

23. That at all times herein mentioned, defendant, **HOME DEPOT U.S.A., INC.**, its agents, contractors and/or employees controlled certain lands including a parking lot located at 550 Hamilton Avenue, Kings County, City and State of New York.

24. That at all times herein mentioned, defendant, **HOME DEPOT U.S.A., INC.**, its agents, contractors and/or employees managed certain lands located at 550 Hamilton Avenue, Kings County, City and State of New York.

25. That at all times herein mentioned, defendant, **HOME DEPOT U.S.A., INC.**, its agents, contractors and/or employees managed certain lands including a parking lot located at 550 Hamilton Avenue, Kings County, City and State of New York.

26. That at all times herein mentioned, defendant, **HOME DEPOT U.S.A., INC.** its agents, contractors and/or employees made repairs to certain lands located at 550 Hamilton Avenue, Kings County, City and State of New York.

27. That at all times herein mentioned, defendant, **HOME DEPOT U.S.A., INC.** its agents, contractors and/or employees made repairs to certain lands including a parking lot located at 550 Hamilton Avenue, Kings County, City and State of New York.

28. That at all times herein mentioned, defendant, **HOME DEPOT U.S.A., INC.**, its agents, contractors and/or employees constructed a certain post or delineator at or near the exterior entrance/exit to The Home Depot store located at 550 Hamilton Avenue, Kings County, City and State of New York.

29. That on the 7th day of November, 2018, while plaintiff was lawfully and properly exiting a retail store located at 550 Hamilton Avenue, Kings County, City and State of New York, he was caused to be precipitated to the ground, thereby causing him to sustain severe injuries as hereinafter set forth.

30. That the defendant was at all times herein mentioned under a duty to maintain the aforesaid retail store including the exterior entrance/exit area, in a safe, proper and secure manner, in good repair and free from obstruction, hazzard and defect.

31. That the defendant was at all times herein mentioned under a duty to maintain the aforementioned exterior entrance/exit area in a safe, proper and secure manner, in good repair and free from obstruction, hazzard and defect.

32. That this occurrence and the injuries sustained by plaintiff were caused wholly and solely by the negligence of the defendant.

33. That this action falls within one or more of the exceptions set forth in Section 1602 of the CPLR.

34. That as result of the foregoing, plaintiff has been damaged in an amount to be determined in excess of the jurisdiction of all lower courts.

**WHEREFORE**, plaintiff, **BORIS KHANIMOV**, demands judgment against the defendant in an amount to be determined in excess of the jurisdiction of all lower courts all together with the costs and disbursements of this action.

Dated: October 25, 2019

          ERIC H. GREEN, ESQ.
          Attorney for Plaintiff

By: ERIC H. GREEN, ESQ.
Post Office Address
295 Madison Avenue
New York, New York 10017
(212) 532-2450

FILED: KINGS COUNTY CLERK 11/06/2019 08:34 PM
NYSCEF DOC. NO. 1
Case 1:20-cv-04813-AMD-CLP   Document 1-2   Filed 10/08/20   Page 10 of 10 PageID #: 19
INDEX NO. 524369/2019
RECEIVED NYSCEF: 11/06/2019

## ATTORNEY'S VERIFICATION

I, the undersigned, am an attorney admitted to practice in the Courts of New York State, and say that:

I am the attorney of record, or of counsel with the attorney(s) of record for plaintiff(s).

I have read the annexed Summons and Verified Complaint and know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge is based upon the following:

Interviews and/or discussions with the plaintiff and papers and/or documents in the file.

The reason I make this affirmation instead of plaintiff is because said plaintiff resides outside of the county from where your deponent maintains his office for the practice of law.

Dated: October 25, 2019
New York, New York

ERIC H. GREEN, ESQ.
Attorney for Plaintiff

By: ERIC H. GREEN, ESQ.
Post Office Address
295 Madison Avenue
New York, New York 10017
(212) 532-2450